IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLORIA KOTLARZ, as Adminstrator, of the Estate of Collin B. Kotlarz, deceased,<br><br>    Plaintiff<br><br>  vs.<br><br>JACKSON COUNTY, ILLINOIS, unknown JOHN DOES AND RICHARD POWELL,<br><br>    Defendants | No.  17-552-MJR-SCW |

## ANSWER TO COMPLAINT

NOW Comes the Defendant, Jackson County, Illinois, by Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer, and for its Answer to Plaintiff's Complaint, states as follows:

### JURISDICTION AND VENUE

1.      Defendant, Jackson County, Illinois, admits that this Court has jurisdiction over the Plaintiff's Complaint pursuant to 42 U.S.C. §§1983 and 1988 and that subject matter has been invoked under 28 U.S.C. §§ 1331, 1343 (a)(3), and/or 42 U.S.C. §1983; however, this Defendant denies the Plaintiff's Complaint states a cause of action and further denies that the Plaintiff is entitled to any relief sought against this Defendant.

2.      Defendant, Jackson County, Illinois admits that this Court is the proper venue for the Plaintiff's Complaint pursuant to 28 U.S.C. §§1391(b)(1) and 1391(b)(2); however, this Defendant denies the Plaintiff's Complaint states a cause of action and further denies that the Plaintiff is entitled to any relief sought against this Defendant.

## PARTIES

    A.    **PLAINTIFF AND DECEDENT**

    3.    Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 3; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 3.

    4.    Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 4; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 4.

    5.    Defendant, Jackson County, Illinois, admits the age of the decedent; otherwise the Defendant lacks sufficient knowledge to either admit or deny the allegations of Paragraph 5; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 5.

    B.    **DEFENDANTS**

    6.    Defendant, Jackson County, Illinois admits the allegations of Paragraph 6.

    7.    Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 7 inasmuch as it has no way of knowing to whom "John Does" refers; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 7.

    8.    Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 8 inasmuch as it has no way of knowing to whom "John Does" refers; however, to the extent a response is required the Defendant

denies each and every allegation of Paragraph 8.

9. Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 9; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 9.

## FACTS COMMON TO ALL COUNTS

10. Defendant, Jackson County, Illinois, admits that the Decedent was housed at the Jackson County Jail at the request of Union County, Illinois on the charge of Aggravated Driving Under the Influence; otherwise the Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 10.

11. Defendant, Jackson County, Illinois, admits the allegations of Paragraph 11.

12. Defendant, Jackson County, Illinois, makes no response to Paragraph 12 in that said allegations are merely legal conclusion; however, to the extent that a response is required the Defendant denies each and every allegation of Paragraph 12.

13. Defendant, Jackson County, Illinois, admits the allegations of Paragraph 13.

14. Defendant, Jackson County, Illinois admits that it was advised that the Decedent's next Court date was to be June 14, 2016; otherwise the Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 14.

15. Defendant, Jackson County, Illinois, makes no response to Paragraph 15 in that said allegations are merely legal conclusion; however, to the extent that a response is required the Defendant denies each and every allegation of Paragraph 15.

16. Defendant, Jackson County, Illinois, admits that Richard Powell was a

detainee at the Jackson County Jail; otherwise, the Defendant denies the remaining allegations of Paragraph 16.

17.     lacks sufficient knowledge to either admit or deny the allegations of Paragraph 17; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 17.

18.     Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 18.

19.     Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 19.

20.     Defendant, Jackson County, Illinois, admits the allegations of Paragraph 20.

21.     Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 21.

22.     Defendant, Jackson County, Illinois, admits that the was Illinois Department of Corrections performed at audit of the Jackson County Jail and the Illinois Department of Corrections made certain finding; otherwise the Defendant denies the remaining allegations of Paragraph 22.

23.     Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 23; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 23.

24.     Defendant, Jackson County, Illinois, admits that Collin B. Kotlarz was

found dead in his cell.

25. Defendant, Jackson County, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 25; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 25.

26. Defendant, Jackson County, Illinois, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 26; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 26.

### COUNT 1-42 U.S.C. §1983
### SURVIVAL ACTION-4TH AMENDMENT
### AGAINST DEFENDANT, JACKSON COUNTY, ILLINOIS

1-26. Defendant, Jackson County, Illinois, repeats and realleges its answers to Paragraphs 1-26 under the headings of Jurisdiction and Venue, Parties and Facts Common to All Counts as and for its answers to Paragraphs 1-26 of Count I.

27. Defendant, Jackson County, Illinois, admits the allegations of Paragraph 27.

28. Defendant, Jackson County, Illinois, makes no response to Paragraph 28 in that said allegations are merely legal conclusion; however, to the extent that a response is required the Defendant denies each and every allegation of Paragraph 28.

29. Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 29, specifically denying Subparagraphs a, b, c, d, e, f, and g.

30. Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 30.

WHEREFORE, Defendant, Jackson County, Illinois, demands that Plaintiff take

nothing by Count 1 of her Complaint and this Defendant have judgment for its costs in this cause most wrongfully sustained.

**DEFENDANT, JACKSON COUNTY, ILLINOIS DEMANDS TRIAL BY JURY.**

**COUNT 2-42 U.S.C. §1983**
**SURVIVAL ACTION-14TH AMENDMENT**
**AGAINST DEFENDANT, JACKSON COUNTY, ILLINOIS**

1-26.   Defendant, Jackson County, Illinois, repeats and realleges its answers to Paragraphs 1-26 under the headings of Jurisdiction and Venue, Parties and Facts Common to All Counts as and for its answers to Paragraphs 1-26 of Count 2.

27.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 27.

28.   Defendant, Jackson County, Illinois, makes no response to Paragraph 28 in that said allegations are merely legal conclusion; however, to the extent that a response is required the Defendant denies each and every allegation of Paragraph 28.

29.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 29, specifically denying Subparagraphs a, b, c, d, and e.

30.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 30.

31.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 31.

32.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 32.

WHEREFORE, Defendant, Jackson County, Illinois, demands that Plaintiff take nothing by Count 2 of her Complaint and this Defendant have judgment for its costs in this cause most wrongfully sustained.

**DEFENDANT, JACKSON COUNTY, ILLINOIS DEMANDS TRIAL BY JURY.**

### COUNT 3-42 U.S.C. §1983-4TH AMENDMENT
### AGAINST DEFENDANTS UNKNOWN JOHN DOES

Defendant, Jackson County, Illinois makes no response to Count 3 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### COUNT 4-42 U.S.C. §1983-14TH AMENDMENT
### AGAINST DEFENDANTS UNKNOWN JOHN DOES

Defendant, Jackson County, Illinois makes no response to Count 4 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### COUNT 5-WILLFUL AND WANTON CONDUCT-SURVIVAL ACTION
### AGAINST JACKSON COUNTY, ILLINOIS

1-26.   Defendant, Jackson County, Illinois, repeats and realleges its answers to Paragraphs 1-26 under the headings of Jurisdiction and Venue, Parties and Facts Common to All Counts as and for its answers to Paragraphs 1-26 of Count 5.

27.   Defendant, Jackson County, Illinois, makes no response to Paragraph 27 in that said allegations are merely legal conclusion; however, to the extent that a response is required the Defendant denies each and every allegation of Paragraph 27.

28.   Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 28, specifically denying Subparagraphs a, b, c, d, e, f, g, h, i, j and k.

29.   Defendant, Jackson County, Illinois, denies each and every allegation of

Paragraph 29.

30. Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 30.

WHEREFORE, Defendant, Jackson County, Illinois, demands that Plaintiff take nothing by Count 5 of her Complaint and this Defendant have judgment for its costs in this cause most wrongfully sustained.

**DEFENDANT, JACKSON COUNTY, ILLINOIS DEMANDS TRIAL BY JURY.**

**COUNT 6-WILLFUL AND WANTON CONDUCT-WRONGFUL DEATH AGAINST JACKSON COUNTY, ILLINOIS**

1-28. Defendant, Jackson County, Illinois, repeats and realleges its answers to Paragraphs 1-26 under the headings of Jurisdiction and Venue, Parties and Facts Common to All Counts and Paragraphs 27 and 28 of Count 5 as and for its answers to Paragraphs 1-28 of Count 6.

29. Defendant, Jackson County, lacks sufficient knowledge to either admit or deny the allegations of Paragraph 29; however, to the extent a response is required the Defendant denies each and every allegation of Paragraph 29.

30. Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 30.

31. Defendant, Jackson County, Illinois, denies each and every allegation of Paragraph 31.

WHEREFORE, Defendant, Jackson County, Illinois, demands that Plaintiff take nothing by Count 6 of her Complaint and this Defendant have judgment for its costs in

this cause most wrongfully sustained.

**DEFENDANT, JACKSON COUNTY, ILLINOIS DEMANDS TRIAL BY JURY.**

### COUNT 7-WILLFUL AND WANTON CONDUCT-SURVIVAL ACTION AGAINST DEFENDANTS UNKNOWN JOHN DOES

Defendant, Jackson County, Illinois makes no response to Count 7 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### COUNT 8-WILLFUL AND WANTON CONDUCT-WRONGFUL DEATH AGAINST DEFENDANTS UNKNOWN JOHN DOES

Defendant, Jackson County, Illinois makes no response to Count 8 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### COUNT 9-WILLFUL AND WANTON CONDUCT-SURVIVAL ACTION AGAINST DEFENDANT RICHARD POWELL

Defendant, Jackson County, Illinois makes no response to Count 9 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### COUNT 10-WILLFUL AND WANTON CONDUCT-WRONGFUL DEATH AGAINST DEFENDANT RICHARD POWELL

Defendant, Jackson County, Illinois makes no response to Count 10 of the Plaintiff's Complaint in that no relief is sought against it in said count.

### FIRST AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its First Affirmative Defense states that Plaintiff's Complaint fails to state a cause of action as a matter of law.

**DEFENDANT DEMANDS TRIAL BY JURY**

## SECOND AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its Second Affirmative Defense states that Plaintiff's Complaint fails to comply with the applicable statute of limitations.

**DEFENDANT DEMANDS TRIAL BY JURY**

## THIRD AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its Third Affirmative Defense states that at the time of the occurrence the Defendant was entitled to qualified immunity.

**DEFENDANT DEMANDS TRIAL BY JURY**

## FOURTH AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its Fourth Affirmative Defense states denies that the Defendant failed to protect the Decedent, denies there was any indication of any incident would occur in which this Defendant would have a duty to protect the Decedent.

## FIFTH AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its Fifth Affirmative Defense to Plaintiff's Complaint state that the Decedent's actions attributed to his alleged injuries and nothing in the acts alleged by the Plaintiff constitutes a violation against the Decedent by this Defendant.

**DEFENDANTS DEMAND TRIAL BY JURY**

## SIXTH AFFIRMATIVE DEFENSE

NOW Comes the Defendant, Jackson County, Illinois, by Bleyer and Bleyer, its attorneys, and for its Sixth Affirmative Defense to Plaintiff's Complaint state this Defendant is immune from liability in the captioned case under the provisions of the Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101 et. seq.

**DEFENDANT DEMANDS TRIAL BY JURY**

                                              BLEYER and BLEYER
                                              S/Joseph A. Bleyer
                                              Attorney Registration No. 6193192
                                              Attorneys for Defendant
                                              Jackson County, Illinois

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:   jableyer@bleyerlaw.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 7, 2017, I electronically filed an Answer and Affirmative Defenses on behalf of Jackson County, Illinois with the Clerk of the Court using CM/ECFSystem which will send notifications of such filing to the following:

>ERIC J. CARLSON
>BYRON, CARLSON, PETRI & KALB, LLC
>411 ST. LOUIS STREET
>POST OFFICE BOX 527
>EDWARDSVILLE, IL 62025
>ejc@byroncarlson.com

I hereby certify that on August 7, 2017, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>Richard Powell
>C\O Jackson County Jail
>1001 Mulberry Street
>Murphysboro, IL 62966

>S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:   (618)997-6559
e-mail:      jableyer@bleyerlaw.com