THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLORIA KOTLARZ, as Administrator of the Estate of COLLIN B. KOTLARZ, Deceased, | ) ) ) |
| Plaintiff, | ) Case No.: 17-CV-0552-MRJ-SCW ) ) |
| v. | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL PURSUANT TO** |
| JACKSON COUNTY, ILLINOIS, unknown JOHN DOES and RICHARD POWELL, | ) **F.R.C.P. 41(a)(1)(A)(i)** ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Gloria Kotlarz, and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Richard Powell.

                        BYRON CARLSON PETRI & KALB, LLC

                        BY: */s/ Eric J. Carlson*
                                Eric J. Carlson #6228973
                                411 St. Louis Street
                                P.O. Box 527
                                Edwardsville, IL 62025
                                (618) 656-0066
                                (618) 655-4004 (fax)
                                ejc@byroncarlson.com

                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via the Court's electronic filing system this 25th day of August, 2017 to:

Joseph A. Bleyer
Bleyer and Bleyer
601 West Jackson Street
PO Box 487
Marion, IL 62959-0487
*Attorneys for Jackson County, Illinois*


and by enclosing same in an envelope addressed to the following with postage prepaid and by depositing said envelope in a U.S. Post Office Box in Edwardsville, Illinois to:

Richard Powell
c/o Jackson County Jail
1001 Mulberry Street
Murphysboro, IL 62966
*Pro Se Defendant*

/s/Eric J. Carlson